In the Matter of Ann Gleason.— Motion granted, with ten dollars costs.

Fred V. Calder v. Gustav E. Beyer. Hy. C. Hazen v. Thomas E. Munday. Hy. Hooper v. New York Transportation Company. Louis Cohn v. George B. Fiske. R. J. Weld v. Lelia Broadbelt.— Applications denied, with ten dollars in each case. Orders signed.

Evender S. Aker v. Brooklyn Daily Eagle.— Motion denied, with ten dollars costs.

Charles J. Breck v. United States Title Guaranty Company.— Motion denied. Settle order on notice.

Emil Bachmann v. Union Railway Company.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. John L. Hulshof v. The Board of Education, etc.— Motion denied, with ten dollars costs.

The People of the State of New York v. John F. Ahearn.— Motion granted.

Mary Foley v. The City of New York.— Motion denied, with ten dollars costs.

Samuel T. Banes v. Roy A. Rainey, as Executor.— Motion denied, with ten dollars costs.

Margaret Smith v. Annie A. Shea.— Motion denied, with ten dollars costs.

Isaac Greenwald v. Levi C. Weir.— Motion granted.

George D. Hurlock v. Sanford Makeever.— Motion denied, with ten dollars costs. Settle order on notice.

Moritz Walter v. H. N. Walter.— Motion denied, with ten dollars costs. · Settle order on notice.

Adolph L. Ackerman v. Matthew C. Berriman.— Motion denied, with ten dollars costs. Settle order on notice.

Henry Oppenheimer v. Mary Barnett and Others.— Motion denied, with ten dollars costs. Settle order on notice.

In the Matter of The City of New York (School Site, East One Hundred and Fifth Street).— Motion granted upon general guardian filing a bond in the sum of $7,000, to be approved by the court and filed in the office of the county clerk.